No. 04-00-00400-CR



Joe Jason ORTIZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-CR-4893


Honorable Philip Kazen, Judge Presiding



Per Curiam


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice

 

Delivered and filed: November 22, 2000


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss this appeal, signed by both the appellant and his
counsel in compliance with Tex. R. App. P. 42.2(a). The motion is granted. The appeal is
dismissed. See Tex. R. App. P. 42.2(a). Appellant has also requested that the mandate be 

issued immediately. The motion is granted. The clerk is ordered to issue the mandate. See
Tex. R. App. P. 18.1(c).

 PER CURIAM

DO NOT PUBLISH